UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 16-294 (SDW) |
| v. | : 18 U.S.C. §§ 1958(a) and 1201(d) |
| CHRISTOPHER THIEME,<br>a/k/a "John Thieme" | : I N F O R M A T I O N |

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

**COUNT ONE**

On or about January 4, 2016, in Sussex County, in the District of New Jersey and elsewhere, the defendant,

CHRISTOPHER THIEME,
a/k/a "John Thieme,"

did knowingly and unlawfully attempt to seize, confine, inveigle, decoy, kidnap, abduct, and hold a person for ransom, reward, and otherwise, that is to kidnap and commit theft of property from Victim 1, and, in committing and in furtherance of the commission of the offense, used means, facilities, and instrumentalities of interstate and foreign commerce, namely cellular phone networks, contrary to Title 18, United States Code, Section 1201(a), in violation of Title 18, United States Code, Section 1201(d).

## COUNT TWO

From at least as early December 2015 through on or about January 4, 2016, in Sussex County, in the District of New Jersey, and elsewhere, the defendant,

CHRISTOPHER THIEME,
a/k/a "John Thieme,"

did knowingly use and cause another to use the facilities of interstate and foreign commerce, namely cellular phone networks, with the intent that a murder be committed in violation of the laws of the State of New Jersey as consideration for the receipt of, and as consideration for, a promise and agreement to pay a thing of pecuniary value, in violation of Title 18, United States Code, Section 1958(a).

_____
PAUL J. FISHMAN
United States Attorney

CASE NUMBER:  16-

| United States District Court<br>District of New Jersey | UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER THIEME,<br>a/k/a "John Thieme" | INFORMATION FOR<br><br>18 U.S.C. §§ 1958(a) and 1201(d) | **PAUL J. FISHMAN**<br>*U.S. ATTORNEY*<br>*NEWARK, NEW JERSEY*<br><br>Josh Hafetz<br>*ASSISTANT UNITED STATES ATTORNEY*<br>(973) 297-2014 |
|---|---|---|---|

USA-48AD 8
(Ed. 1/97)